```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/25
```

LAW OFFICES
# JOHN S. WALLENSTEIN
1100 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530
(516) 742-5600  FAX (516) 742-5040
EMAIL: JSWallensteinEsq@outlook.com

February 26, 2025

**BY ECF**

APPLICATION GRANTED
SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.
Dated: 2/27/2025
White Plains, NY

Hon. Vincent L. Briccetti
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:    **United States v. Prince Spivey**
           **Docket # 24 CR 647 (VB)**

Dear Judge Briccetti;

    My client is currently at liberty pursuant to a Bond ordered by Magistrate Judge Krause. His conditions of release include location monitoring with a curfew as directed by PreTrial Services, and travel restrictions to SDNY, EDNY and DNJ. Mr. Spivey works two jobs as a security guard, at two separate locations. Because his hours vary, and he often works a night shift, curfew is not a practical or manageable condition, according to his supervising Pretrial Officer.

    I therefore respectfully request that his conditions of release be modified to eliminate Condition 7q(i)(1) (Curfew) and substitute 7q(i)(4), (Stand-Alone Monitoring). I understand that this means he will continue to wear a GPS bracelet, and must comply with his travel and other restrictions as directed by PreTrial.

    I have discussed this with Pretrial Services Officer Christian Berzak (EDNY), who supervises Mr. Spivey because he lives in Brooklyn, and with PreTrial Services Officer Viosanny Harrison (SDNY). Both officers consent to this modification. I have also discussed this with AUSA Kathryn Wheelock; the government has no objection.

    Thank you for your courtesy and consideration.

                                    Respectfully yours,

                                    *John S. Wallenstein*
                                    JOHN S. WALLENSTEIN

cc:    AUSAs Kathryn Wheelock & Carmi Schikler
        PTSOs Christian Berzak & Viosanny Harrison